JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GAMA,<br>Plaintiff,<br><br>-vs-<br><br>SOUTHWEST CREDIT SYSTEMS LP,<br>Defendant. | Case No. 2:16-cv-06248-RSWL-MRW<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this 21st day of September, 2017

s/ RONALD S.W. LEW
The Honorable Ronald S.W. Lew
Senior U.S. District Judge

Order to Dismiss - 1